GEORGE B. GALLUP, Appellant, *v.* AUGUST BELMONT et al., Respondents.

(Argued October 6, 1892; decided October 25, 1892.)

APPEAL from judgment of the General Term of the Supreme Court of the third judicial department, entered upon an order made November 30, 1891, which reversed an interlocutory judgment overruling a demurrer to the complaint.

*J. Newton Frero* for appellant.

*Grosvenor P. Lowery* for respondents.

Agree to affirm on opinion of LEARNED, J., at General Term.

All concur.

Judgment affirmed. _____